AO 442

**SEALED**

# United States District Court

### DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

Alejandro David Lopez

**WARRANT FOR ARREST**

Co Cse # 15-mj-01113-kmT

**CASE NUMBER: 2:14-cr-245 DB**

FILED UNITED STATES DISTRICT COURT DENVER COLORADO JUL 14 2015 JEFFREY P. COLWELL CLERK

COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ALEJANDRO DAVID LOPEZ__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information
[ ] Complaint    [ ] Order of court    [ ] Violation Notice    [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Passport Fraud & Aggravated Identity Theft** (4 cts.)

in violation of __18:1542 & 18:1028A__ United States Code.

D. Mark Jones
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

By: Julie Wierschem
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

May 14, 2014 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 7535 E Hampden Ave, Denver CO |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Special Agent Sean Waters | _(signature)_ Sean Waters |
| DATE OF ARREST 7/13/2015 | | |