IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-mj-01113-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ALEJANDRO DAVID LOPEZ**,

        Defendant.

_____

**NOTICE OF APPEARANCE**
_____

      The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/Timothy O'Hara_____
      TIMOTHY O'HARA
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  timothy.ohara@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2015, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email:  martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    s/Timothy O'Hara_____
    TIMOTHY O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy.ohara@fd.org
    Attorney for Defendant