

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk of Court*

(303) 844-3433

July 16, 2015

US District Court
Central District of Utah
350 Main St., #150
Salt Lake City, UT 84101

USA v. Alejandro David Lopez
Colorado Case Number: 15-mj-01113-KMT
Receiving Court Case Number: 2:14-cr-245DB

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Sincerely,

Jeffrey P. Colwell, Clerk


by: s/ L. Galera
      Deputy Clerk