

Jeffrey P. Colwell
*Clerk of Court*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

FILED
U.S. DISTRICT COURT
2015 JUL 20 P 12:40
DISTRICT OF UTAH
BY: ____________
DEPUTY CLERK

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

(303) 844-3433

July 16, 2015

US District Court
Central District of Utah
350 Main St., #150
Salt Lake City, UT 84101

USA v. Alejandro David Lopez
Colorado Case Number: 15-mj-01113-KMT
Receiving Court Case Number: 2:14-cr-245DB

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Sincerely,

Jeffrey P. Colwell, Clerk

by: s/ L. Galera
Deputy Clerk